# EXHIBIT A

# DECLARATION OF SIERRA PALMER

Pursuant to 28 U.S.C. § 1746, I, Sierra Palmer, declare that the following is true and correct:

1. I am over eighteen (18) years of age and am fully competent to make this declaration. I have personal knowledge of the facts set forth herein.

2. I am employed as the Director of Human Resources for Madwire, LLC ("Madwire" or the "Company") and have been so employed since July 2017.

3. Madwire requires its employees to enter into an Employment Agreement ("EA") with the Company. The EA contains a mandatory arbitration provision.

4. During a routine internal audit of the Company's records, I learned that the Company did not have signed EAs on file for a handful of employees, one of whom was Elizabeth Kelly.

5. As a result of the audit, I instructed an assistant of mine to contact each of the employees for whom the Company did not have a signed EA and ask those employees to log into their individual ADP self-service accounts and electronically sign an EA. Those emails were sent in late July 2020.

6. ADP is a payroll and human resources solutions vendor. In the summer of 2020, Madwire used ADP for payroll and other human resources services. Each Madwire employee had an account, through ADP, in which they could access their payroll statements and other personnel documents, update their personal information, and review and electronically sign documents, including the EA. Each employee created their own login credentials for their ADP self-service account. Those login credentials were not shared with, stored by, or accessible to Madwire.

7. To electronically sign an EA, an employee was required to log in to his, her, or their ADP account, using the login credentials created by that employee, and locate the agreement. The employee then clicked a button or otherwise acknowledged that he, she, or they read and agreed to the EA, which assent was then recorded by ADP and appears as a time-stamped signature in the digital signature page.

8. Once signed, the EA is uploaded to a portal location where the company can see that the agreement was signed.

9. Attached as **Exhibit A-1** is a true and correct copy of the EA that Ms. Kelly entered into with the Company in late July 2020.

10. My name and title are typed in the signature block on page four of Ms. Kelly's EA.

11. Page five of Ms. Kelly's EA is a digital signature page verifying that Ms. Kelly electronically signed her EA on July 28, 2020, at 10:57 AM EDT.

12. I understood and continue to understand that the ADP User ID "elizabeth.marie.roth" is the ADP User ID associated with Ms. Kelly, as Roth is Ms. Kelly's maiden name.

13. Ms. Kelly's Employment Agreement was kept in the ordinary course of Madwire's regularly conducted business activity.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2024 at Denver, Colorado.

Sierra Palmer