IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 24-cv-00781-RMR-STV

ELIZABETH KELLY, on behalf of herself and all similarly situated persons,
    Plaintiff,

v.

MADWIRE LLC,
    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Magistrate Judge's Recommendation entered by United States District Judge Regina M. Rodriguez on October 22, 2024, [ECF No. 45], it is

ORDERED that the Recommendation of the United States Magistrate Judge [ECF No. 44] is ACCEPTED and ADOPTED. It is

FURTHER ORDERED that Defendant's Motion to Compel Arbitration and Dismiss the Complaint [ECF No. 15] is GRANTED.

This case will be closed.

Dated at Denver, Colorado this 22nd day of October, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Myhaver
    K. Myhaver, Deputy Clerk